IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCraven Jr, Tom | Case Number: 07 B 17349 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 9/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,230.24 | |
| Secured: | | 1,894.76 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 215.05 |
| Trustee Fee: | | 120.43 |
| Other Funds: | | 0.00 |
| Totals: | 2,230.24 | 2,230.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,274.00 | 215.05 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | ISPC | Secured | 0.00 | 0.00 |
| 5. | Ford Credit | Secured | 13,843.60 | 1,627.48 |
| 6. | Lincolnway Management | Secured | 700.00 | 116.68 |
| 7. | Lincolnway Management | Secured | 1,807.37 | 150.60 |
| 8. | EMC Mortgage Corporation | Secured | 3,368.96 | 0.00 |
| 9. | Chase Home Finance | Secured | 22,333.92 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 880.17 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 5,883.15 | 0.00 |
| 12. | Receivables Management Inc | Unsecured | 608.26 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 294.53 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 1,809.05 | 0.00 |
| 15. | C1 Professional Training | Unsecured | 5,515.30 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 468.15 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,032.11 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 457.64 | 0.00 |
| 19. | Nicor Gas | Unsecured | 1,037.69 | 0.00 |
| 20. | Rebecca Ratz | Priority | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | American General Finance | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCraven Jr, Tom | Case Number:  07 B 17349 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  9/24/07 |

```
                                          _____      _____
                                          $ 63,313.90      $ 2,109.81
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 120.43 |
| | _____ |
| | $ 120.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Marsh_____